# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 9, 2026

### NO. 03-25-00377-CV

**Leslie Nemeth, Appellant**

**v.**

**Mindful Home Ventures, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND CRUMP
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the final judgment signed by the trial court on May 16, 2025. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.